# Salem Law Office

7156 West 127th Street, B-149
Palos Heights, IL. 60463
Tel. (708) 277-4775
Fax (708) 448-4515
salemlaw@comcast.net


**RE:  Najjar v. Gus Dahleh and Mortgage Direct Company**

# HOURLY LOG & INVOICE

| Date | Work Performed | # Hours |
|---|---|---|
| 11/09/08 | Meeting with plaintiff reviewed cased | 3.5 |
| 11/10/08 | Revised, discussed and drafted retainer | 1.0 |
| 11/12/08 | Meeting with plaintiff reviewed cased | 3.0 |
| 11/15/08 | Telephone discussion with plaintiff | 0.5 |
| 11/15/08 | Draft letter for plaintiff | 1.0 |
| 11/17/08 | Telephone discussion with plaintiff | 0.5 |
| 11/17/08 | Draft letter for plaintiff | 1.5 |
| 11/17/08 | Draft proposed Complaint | 4.5 |
| 11/26/08 | Draft second revised letter and two agreements | 3.5 |
| 12/22/08 | Defendant's Property research | 2.5 |
| 03/17/09 | Research SEC for Defendant Gus | 3.0 |
| 03/27/09 | Email letter to plaintiff | 0.5 |
| 04/20/09 | Revised Complaint | 1.5 |
| 04/21/09 | Meeting with plaintiff – in Elmhurst IL. | 3.0 |

| | | |
|---|---|---|
| 04/25/09 | Meeting with plaintiff – in Elmhurst IL. | 3.0 |
| 04/30/09 | Revised Complaint, include additional exhibit | 1.0 |
| 06/11/09 | Finally review, amend the complaint and file | 3.5 |
| 06/12/09 | Service of process on both defendants | 0.5 |

| | |
|---|---|
| **Current total hours** | **37.5** |
| **Current cost ($375 per hour)** | **$14,062.50** |
| **Amount paid as of 06/12/2009: $10,000** | **Balance Due: $4,062.50** |
| **Amount paid 6/16/09: $2,000** | **Balance Due: $2,062.50** |

| | | |
|---|---|---|
| 06/22/09 | Affidavits of Service for both defendants | 1.0 |
| 06/23/09 | Prepared Form BCA 5.25 for Illinois Sec. of State | 1.5 |
| 06/24/09 | Commence preparation for Motion for Summary Judgment. | 2.5 |
| 06/26/09 | Drafted Motion for Summary Judgment | 3.5 |
| 06/30/09 | Final draft of Motion for Summary Judgment | 2.5 |
| 07/02/09 | Draft Motion for Default Judgment | 3.0 |

| | |
|---|---|
| **Current total hours** | **51.5** |
| **Current cost ($375 per hour)** | **$19,312.50** |
| **Amount paid as of 07/02/2009: $12,000** | **Balance Due: $7,312.50** |

| | | |
|---|---|---|
| 07/11/2009 | Reviewed all documents and filed motion | 2.0 |
| 07/23/2009 | Court appearance on motion for default | 3.0 |
| 07/24/2009 | Meeting with Plaintiff, regarding subpoena information | 2.5 |

| | | |
|---|---|---|
| **Current total hours** | | **59.0** |
| **Current cost ($375 per hour)** | | **$22,125.00** |
| **Amount paid as of 07/24/2009: $17,000** | **Balance Due: $5,125.00** | |

| | | |
|---|---|---|
| 07/27/2009 | Prepared four (4) Subpoenas | 2.0 |
| 07/28/2009 | Served four Subpoenas | 1.5 |
| 07/31/2009 | Telephone conference with Plaintiff | 0.5 |
| 08/03/2009 | Amended Subpoenas to Chase Bank | 0.5 |
| 08/07/2009 | Telephone conference with the President and his assistant Melisa of National Republic Bank regarding subpoena | 0.5 |
| 08/10/2009 | Telephone conferences with Plaintiff, Sam Dahleh and his Attorney Mark Becker | 2.5 |
| 08/10/2009 | Draft letter to National Republic Bank and Personal Guarantee for Sam Dahleh | 3.5 |
| 08/11/2009 | Telephone conferences with Plaintiff and Sam Dahleh | 0.5 |
| 08/19/2009 | Telephone conferences with Plaintiff and Sam Dahleh And draft Stipulation | 8.0 |
| 08/20/2009 | Telephone conferences with Plaintiff, Sam Dahleh And attorney Mark Becker | 0.5 |
| 08/21/2009 | Telephone conferences with Plaintiff, Sam Dahleh And Attorney Mark Becker | 0.5 |
| 08/24/2009 | Prepare Prove Up Report and Recommendation and affidavits | 6.0 |
| 08/25/2009 | Prove Up court appearance | 3.0 |

| | | |
|---|---|---|
| **Current total hours** | | **88.5** |
| **Current cost ($375 per hour)** | | **$33,187.50** |
| **Amount paid as of 08/25/2009: $17,000** | **Balance Due: $16,187.50** | |

| | | |
|---|---|---|
| 08/25/2009 | Draft letter and email to Defendants' counsel. | 0.5 |

**Current total hours** — **89.0**

**Current cost ($375 per hour)** — **$33,375.00**

**Amount paid as of 08/28/2009: $22,000**          **Balance Due: $11,375.00**

| | | |
|---|---|---|
| 09/08/2009 | Draft motion to compel and enjoin and file | 4.5 |
| 09/10/2009 | Settlement negotiations with Defendants' prospective Counsel Mark Becker and Plaintiff | 0.5 |
| 09/15/09 | Modified prove up | 0.5 |
| 09/15/09 | Teleconference with Plaintiff on settlement options | 1.0 |
| 09/16/09 | Teleconference with Plaintiff on settlement options | 2.0 |
| 09/17/09 | Court appearance | 3.0 |

**Current total hours** — **100.50**

**Current cost ($375 per hour)** — **$37,687.50**

**Amount paid as of 09/17/2009: $22,000**          **Balance Due: $15,687.50**

**To:**
Pierre Najjar
8395 Wesley Drive
Flushing, MI 48433

By:_____
S/Maurice J. Salem, Esq.